UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00078-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MATTHEW JAMES MONTGOMERY III,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Reduce Sentence. Defendant does not provide the court with any legal reason to reduce the sentence imposed for violation of the conditions of supervised release, but instead seeks relief based on unspecified equitable considerations. As Judgment was entered more than four months before the motion was filed and no legal reason exists for lowering the sentence under Section 3582, this court is without lawful authority to grant the relief requested. The court notes well that BOP honored this court's recommendation as to placement as it appears that defendant is being housed at FCI Edgefield, which is close to Charlotte. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reduce Sentence (#39) is DENIED.

Signed: August 11, 2016



Max O. Cogburn Jr
United States District Judge